UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSHUA ADAMS,

                       Plaintiff,

-against-

442 WEST 45TH STREET REALTY LLC,
and 45 STREET CATERING, INC.,

                       Defendants.

22-CV-7017 (VSB)

**ORDER**

---

VERNON S. BRODERICK, District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  December 6, 2022
          New York, New York

                                                  _____
                                                  Vernon S. Broderick
                                                  United States District Judge